Case 5:23-cv-01229-OLG   Document 1   Filed 09/22/23   Page 1 of 3

FILED
SEP 22 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

U.S.D.C.

elleny conton / 000335454-48111523 / 00484144404 / 020144808 /

V.

Staffed Personell to S.A.S.H.; S.A.S.H.; Texas H.H.S.; Bexar County, TX; State of Texas

case # SA23CA1229 OG

Petition for a writ of Habeas Corpus under 28 §2241

1.(a) elleny lablaw conten
  (b)
2.(a) S.A.S.H.
  (b) 6711 S. New Braunfels, 78223
  (c) 000335454-48111523
3. State
  (a) Bexar County Court
  (b) 2021CR9695
  4. all that apply
  5. all that apply
    (c) unknown
7. yes (a)(1) U.S.D.C. West
  (2)
  (3)

8. NO                  9. NO

10. yes (a) yes (1) U.S.D.C. west #__ 4 __
          2 __         5 __
          3 __         6 __
    (b) NO
    (c) Recently submitted

11. NO
12. yes (a) Controlled substance — Habeas Corpus
    (b) ~~Bexar County Court~~ Bexar County District Clerk
    (c) 5/30/22
    (d) 2021CR9695
    (e)
    (f)
    (g)

13. ground 1: omissions of amendment 4, 9, 14 / 28 (1515§2201; 1815§2202) / 18(735§1807; 135§242) / 18(115§226; 135§(11C)) / 18(1095§2736; 135§(11C)) / 18(455§9135; 135§242)
(a) I am denied my to smoke while unlawfully detained and in custody of the defendants

14 —
15. Retial — I need to go home and smoke a cigarette

23.9.1.17 @

Parker #
(UCIBOSI) / Pro Se

U.S.D.C.

Ellery Canter

Vs.

~~Stay~~ Stayfld Parsnell for ~~~~ Crockett Hall; S.A.S.H. Texas H.H.S.; Bexan County, TX; State of Texas

Petition for writ of Habeas Corpus 28 U.S.C. 2241

1(a) ~~settions contd~~ Ellery Cashiere Center
 (b)
2(a) S.A.S.H
 (b) 6711 S. New Braunfels, 78223
 (c) 000336054-6811788 23
3. State    4. other - all that apply   5. other - all that apply
6. (a) Bexar County Court              (c) unknown
 (b) 2021CR9495                         (d)
7. yes (c)(1) USDC West                 (e)
      (2)                               (f)
      (3)                               (g)
8. NO                    9. NO
10. yes (a) yes (1) U.S.D.C West        (4)
            (2)                          (5)
            (3)                          (6)
        (b) NO
        (c) Recently submitted
11. NO
12. yes (a) Controlled Substance Habeas Corpus (e)
        (b) Bexar County District Clerk         (f)
        (c) 5/30/22                             (g)
        (d) 2021CR9495

13. ground 1: omissions; amendment 1, 14
18(735/807; 1352(a)2) /18(355757 & 1352(4c)) /18(115716; 1352(4c)) /18(375192; 1352(4)2)
   (a) I am deprived my 1st amendment right to petition by denied available copies of Federal forms 28§2241, 28§7255, 28§2244, 42§1983 and evident documents to support my claims while unlawfully detained and in custody of the defendants.
14.
15. Relief I need to go home
                                        Onboard (over-sus)
23.9.18                                  Pro Se