FILED

SEP 29 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___TCM___
                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| ELLERY CARTER, § | |
| Petitioner, § | |
| § | SA-23-CV-01229-OLG |
| v. § | |
| § | |
| BEXAR COUNTY SHERIFF JAVIER § | |
| SALAZAR, § | |
| Respondent. § | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Petitioner Ellery Carter's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus for failure to exhaust state remedies and based on the *Younger* abstention doctrine and dismissing any claims brought pursuant to 42 U.S.C. § 1983, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Petitioner Ellery Carter's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that to the extent Petitioner Ellery Carter has asserted § 1983 claims in his 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, such claims are **DISMISSED WITHOUT PREJUDICE** subject to refiling in a separate § 1983 action.

**IT IS FINALLY ORDERED** that a certificate of appealability is **DENIED**.

It is **SO ORDERED**.

SIGNED this 29 day of September, 2023.

_____
ORLANDO L. GARCIA
United States District Judge